UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Timmons,<br>    *Plaintiff*,<br><br>    *v.*<br><br>General Electric Company CBS Corp., et al,<br>    *Defendants.* | Civil No. 3:11cv940 (JBA)<br><br>June 16, 2011 |

ORDER OF DISMISSAL

On June 15, 2011 defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., filed its Motion to Stay Proceedings Pending Transfer to Multi-District Litigation [Doc. #12] seeking a stay of proceedings pending an anticipated Conditional Transfer Order and adjudication by the Judicial Panel on Multi-District Litigation.  Because it is unknown when such action will be taken, in lieu of stay, the Court will administratively close this case to remove it from the active docket.

Any party has the right to have this case restored to the active docket on motion filed no later than 45 days following issuance of an MDL decision on transfer.  If transfer is not ordered and the case is to be restored to the active docket of this Court, such motion shall be accompanied by a Supplemental 26(f) Planning Report so that a revised case scheduling order can be issued.   If restoration to the active docket is necessary to effect an MDL transfer, no 26(f) Planning Report is necessary.

The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/
_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 22nd day of June 2011.